UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:21 CR 578 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| KRISTEN ANNE MARIE JAMES, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jonathan D. Greenberg, regarding the change of plea hearing of Kristen Anne Marie James, which was referred to the Magistrate Judge with the consent of the parties.

On August 11, 2021, the government filed a 4 count Indictment against Ms. James and her co-defendant David Anthony Gage Smith. On December 16, 2021 a 1 count Superseding Information, was filed as to Ms. James charging her with False Statement or Representation Made to a Department or Agency of the United States, in violation of Title 18 U.S.C. § 1001(a)(2). Defendant was arraigned on January 12, 2022 before Magistrate Judge Jonathan D. Greenberg, and entered a plea of guilty to count 1 of the Superseding Information, with a written plea agreement. Magistrate Judge Greenberg issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant James is found to be competent to enter a plea and to understand her constitutional rights. She is aware of

the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Kristen Anne Marie James is adjudged guilty to count 1 of the Superseding Information, in violation of Title 18 U. S. C. § 1001(a)(2). This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on May 4, 2022, at 2:30 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

January 28, 2022